**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

CHRISTOPHER YOUNGER,  :  No. 21 WM 2021
:
Petitioner  :
:
:
v.  :
:
:
SUPERIOR COURT "OFFICE OF THE  :
PROTHONOTARY,"  :
:
Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of May, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.